

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

January 30, 2019                                                      File No. 42940.02

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

   Re: *Breeze v. Metropolitan 58th Street Associates, LLC*
     Case No. 18-cv-9097(JMF)

Dear Judge Furman:

  We represent Metropolitan 58th Street Associates, LLC in this matter and write to respectfully request that one of the attachments (DE 18-1) previously filed in support of our request that Your Honor So Order our proposed consent decree (DE 18) be permanently sealed.

  As Your Honor is aware, on January 28, 2019, the parties filed a letter requesting your Honor so order their proposed consent decree (DE 18) in accordance with Your Honor's prior Orders (DE 14, DE 17). In support of this application, the parties submitted their settlement agreement, which purposefully omits the amount of the settlement payment and provides this amount is set forth in a confidential side letter (DE 18-2). In the January 28, 2019 filing, our office inadvertently and unintentionally included this confidential side letter (DE 18-1). As such, we now request that this side letter (DE 18-1) be permanently sealed so as to preserve its confidentiality.

  Thank you for your attention to this matter.

       Respectfully,

       *Adam E. Collyer*

       Adam E. Collyer of
       LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Counsel for Plaintiff (via ECF)